SQUIRE PATTON BOGGS (US) LLP
Robert J. Nolan (CA Bar # 235738)
robert.nolan@squirepb.com
Elliott J. Joh (CA Bar #264927)
elliott.joh@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:     +1 415 954 0200
Facsimile:     +1 415 393 9887

Attorneys for Plaintiff
SALESFORCE.COM, INC.

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
JOSHUA L. YOUNG (SBN 294055)
jyoung@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:     (650) 593-6301

Attorneys for Defendant
GEA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESFORCE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEA, INC., <br><br> Defendant. | No.  4:19-cv-01710-JST <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING SUPPLEMENTAL BRIEFING DATES** |

1    Plaintiff salesforce.com, Inc. ("Salesforce") and Defendant GEA, Inc. ("GEA")
2    (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate as
3    follows:
4    WHEREAS, on December 3, 2019, the Parties appeared before the Court for an Initial
5    Case Management Conference;
6    WHEREAS, following the Initial Case Management Conference, the Court issued a
7    Minute Entry Order (Dkt. 39) reflecting the Parties' agreement that Salesforce's Supplemental
8    Brief in Opposition to GEA's Motion to Dismiss for Lack of Personal Jurisdiction and Improper
9    Venue shall be due no later than December 20, 2019, and GEA's Reply Brief in Support of Its
10   Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue shall be due no later
11   than January 14, 2020;
12   WHEREAS, on December 15, 2019, a family member of Salesforce's counsel suffered an
13   unexpected health emergency that forced Salesforce's counsel to immediately travel out-of-state
14   to address it;
15   WHEREAS, the Parties believe that the supplemental briefing schedule set forth in the
16   Court's Minute Entry Order should be extended for three weeks to account for both the family
17   health emergency and the upcoming holidays.
18   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as
19   follows:
20   1.   The Parties agree that Salesforce's deadline to file its Supplemental Brief in
21        Opposition to GEA's Motion to Dismiss for Lack of Personal Jurisdiction and
22        Improper Venue shall be extended from December 20, 2019, to January 10, 2020.
23   2.   The Parties agree that GEA's deadline to file its Reply Brief in Support of Its
24        Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue shall be
25        extended from January 14, 2020, to February 4, 2020.
26
27   IT IS SO STIPULATED.
28

| | | |
|---|---|---|
| 1 | Dated:  December 16, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | SQUIRE PATTON BOGGS (US) LLP |
| 4 | | */s/Robert J. Nolan* <br> Attorneys for Plaintiff <br> Salesforce.com, Inc. |
| 5 | Dated:  December 16, 2019 | FREITAS & WEINBERG LLP |
| 6 | | |
| 7 | | */s/Joshua L. Young* <br> Attorneys for Defendant <br> GEA, Inc. |

Dated:  December 16, 2019

SQUIRE PATTON BOGGS (US) LLP

*/s/Robert J. Nolan*
Attorneys for Plaintiff
Salesforce.com, Inc.

1
2
3
4
5
6
7
8
9
10
11
12    I, Robert J. Nolan, attest that all signatories listed herein, and on whose behalf this filing is
13    submitted, concur in this filing's content and have authorized this filing.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

* * *

PURSUANT TO STIPULATION, Plaintiff salesforce.com, Inc.'s Supplemental Brief in Opposition to Defendant GEA, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue shall be due no later than January 10, 2020.  Defendant GEA, Inc.'s Reply Brief in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue shall be due no later than February 4, 2020.

**IT IS SO ORDERED.**

Dated:  December 18, 2019

JON S. TIGAR
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that, on December 16, 2019, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*/s/ Robert J. Nolan*
Robert J. Nolan